IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UMBRA TECHNOLOGIES LTD. (UK), UMBRA TECHNOLOGIES LIMITED (CN) & UMBRA TECHNOLOGIES (US) INC., D/B/A UMBRA TECHNOLOGIES,<br><br>*Plaintiffs*,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>*Defendant.* | C.A. No. 1:23-cv-903-DII<br><br>**JURY TRIAL DEMANDED** |

**FIFTH JOINT STATUS REPORT RE *INTER PARTES* REVIEW**

Pursuant to Court's April 25, 2024 Order (Dkt. No. 40), Plaintiffs UMBRA Technologies Ltd. (UK), UMBRA Technologies Limited (CN) and UMBRA Technologies (US) Inc. (collectively "UMBRA", or "Plaintiffs") and Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") (collectively, the "parties"), hereby submit the following joint status report apprising the Court of the statuses of the *inter partes* reviews.

**1.      U.S. Patent No. 10,574,482 (the "'482 patent"), IPR2024-00498**

On January 29, 2024, Cisco filed IPR2024-00498, which challenged claims 1-26 of the '482 patent.  UMBRA filed its Preliminary Response on May 13, 2024.  (IPR2024-00498, Paper 6.)  On June 17, 2024, Cisco filed its Reply to Patent Owner's Preliminary Response.  (IPR2024-00498, Paper 10.)  On June 25, 2024, UMBRA filed its Sur-Reply.  (IPR2024-00498, Paper 11.)

On August 7, 2024, the Patent Trial and Appeal Board ("PTAB") filed its Decision Denying Institution of *Inter Partes Review*.  (IPR2024-00498, Paper 14.)  On September 6, 2024, Cisco filed a Request for Director Review – Institution Decision.  (IPR2024-00498, Paper 17.)

On December 23, 2024 the PTAB issued an order denying Cisco's Request for Director Review – Institution Decision. (IPR2024-00498, Paper 22.)

### 2. U.S. Patent No. 11,146,632 (the "'632 patent"), IPR2024-00344

On January 29, 2024, Cisco filed IPR2024-00344, which challenged claims 1-7 of the '632 patent. UMBRA filed its Preliminary Response on May 13, 2024. (IPR2024-00344, Paper 6.) The PTAB granted institution on July 16, 2024. (IPR2024-00344, Paper 14.) On October 25, 2024, UMBRA filed its Patent Owner Response. (IPR2024-00344, Paper 24.) On January 17, 2025, Cisco filed its Reply to Patent Owner Response. (IPR2024-00344, Paper 25.) IPR2024-00344, Paper 25.) On February 28, 2025, UMBRA filed is Patent Owner's Sur-Reply. (IPR2024-00344, Paper 26). On March 4, 2025, Cisco filed a Request for Oral Hearing (IPR2024-00344, Paper 27), which was granted and set for April 22, 2025. (IPR2024-00344, Paper 28). The Oral Hearing was conducted on April 22, 2025.

On July 11, 2025, the PTAB issued its Final Written Decision granting Cisco's IPR Petition and determining all challenged claims unpatentable. (IPR2024-00344, Paper 31.)

### 3. U.S. Patent No. 10,630,505 (the "'505 patent"), IPR2024-00497

On February 26, 2024, Cisco filed IPR2024-00497, which challenged claims 1-20 of the '505 patent. UMBRA filed its Preliminary Response on June 27, 2024. (IPR2024-00497, Paper 6.)

The PTAB granted institution on September 5, 2024. (IPR2024-00497, Paper 9.) On September 19, 2024, UMBRA filed its Request for Director Review of Panel Decision Granting Institution. (IPR2024-00497, Paper 13.) On December 3, 2024, the PTAB issued an order denying UMBRA's Request for Director Review of Panel Decision Granting Institution. (IPR2024-00497, Paper 20.) On December 11, 2024, UMBRA filed its Patent Owner Response. (IPR2024-00497,

Paper 21.) On February 21, 2025, Cisco filed its Reply to Patent Owner's Response. (IPR2024-00497, Paper 22.) On April 4, 2025, UMBRA filed its Patent Owner's Sur-Reply. (IPR2024-00497, Paper 24.) On April 25, 2025, UMBRA and Cisco filed a Request for Oral Hearing (IPR2024-00497, Papers 24, 25), which was granted and set for June 5, 2025. (IPR2024-00497, Paper 26). On May 13, 2025, the parties requested that the oral argument be change to June 4, 2025, due to scheduling conflicts. (IPR2024-00497, Paper 27). The Oral Hearing was conducted on June 4, 2025.

A final written decision is expected on or before September 5, 2025.

### 4.     U.S. Patent No. 11,108,595 (the "'595 patent"), IPR2024-00270

On February 26, 2024, Cisco filed IPR2024-00270, which challenged claims 1-20 of the '595 patent. UMBRA filed its Preliminary Response on June 17, 2024. (IPR2024-00270, Paper 6.) UMBRA also concurrently filed a statutory disclaimer of claims 1-14 of the '595 Patent. (IPR2024-00270, Ex. 3001.)

The PTAB granted institution on September 5, 2024. Paper 9. On September 19, 2024, UMBRA filed its Request for Director Review of Panel Decision Granting Institution. (IPR2024-00270, Paper 13.) On October 29, 2024, the PTAB issued an order denying UMBRA's Request for Director Review of Panel Decision Granting Institution. (IPR2024-00270, Paper 16.) On December 11, 2024, UMBRA filed its Patent Owner Response. (IPR2024-00270, Paper 21.) On February 21, 2025, Cisco filed its Reply to Patent Owner's Response. (IPR2024-00270, Paper 22.) On April 4, 2025, UMBRA filed its Patent Owner's Sur-Reply. (IPR2024-00270, Paper 23.) On April 25, 2025, UMBRA and Cisco filed a Request for Oral Hearing (IPR2024-00270, Papers 24, 25), which was granted and set for June 5, 2025. (IPR2024-00270, Paper 26). On May 13, 2025, the parties requested that the oral argument be change to June 4, 2025, due to scheduling

conflicts. (IPR2024-00270, Paper 27). The Oral Hearing was conducted on June 4, 2025.

A final written decision is expected on or before September 5, 2025.

The parties will continue to apprise the Court of the status of the IPRs by filing a quarterly status report, with the next report due on or before October 25, 2025.

Respectfully submitted,

Dated: July 24, 2025

*/s/ Patrick R. Delaney*
Timothy Devlin (DE No. 4241)
tdevlin@devlinlawfirm.com
Patrick R. Delaney (*Pro Hac Vice*)
pdelaney@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Ave.
Wilmington, DE 19806
Tel: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs*
*UMBRA Technologies*

*/s/ Holly Engelmann*
Gilbert A. Greene
State Bar No. 24045976
Holly Engelmann
State Bar No. 24040865
DUANE MORRIS LLP
Terrace 7
2801 Via Fortuna, Suite 200
Austin, Texas 78746
Tel: (512) 277-2246
Fax: (512) 597-2301
BGreene@duanemorris.com
HEngelmann@duanemorris.com

Louis N. Jameson (GBN 003970)
Alice E. Snedeker (GBN 151066)
Jayla C. Grant (GBN 312669)
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6915
Fax: (404) 253-6901
WJameson@duanemorris.com
AESnedeker@duanemorris.com
JCGrant@duanemorris.com

Joseph A. Powers
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1842
Fax: (215) 689-3797
JAPowers@duanemorris.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 24, 2025 a true and correct copy of this document has been served on all counsel of record via the Court's CM/ECF system.

/s/ Patrick R. Delaney
Patrick R. Delaney